UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BEAU DERISE** | **CASE NO. 6:21-CV-03845** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DISTRICT COURT DC** | **MAGISTRATE JUDGE WHITEHURST** |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 25th day of March, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE